MATTHEW W. BAUER (MB7354)
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
(973) 535-0500
Attorneys for Plaintiff
Ramada Worldwide Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,

    Plaintiff,

v.

NORTH BECKLEY MOTEL CORP., a West Virginia Corporation; ROBERT MILAM, an individual; and HAROLD MADISON, an individual,

    Defendants.

:

Civil Action No. 07-cv-7997

DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Ramada Worldwide, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Wyndham Worldwide Corporation

                                            CONNELL FOLEY LLP
                                            Attorneys for Plaintiff,
                                            Ramada Worldwide Inc.

                                            By: _____
                                               MATTHEW W. BAUER (MB7354)

Dated: September 10, 2007