# Attorney Services, LLC

PO Box 8875
South Charleston, WV 25303

Phone: (304) 421-3090

Fax: (304) 744-9007  Email: wvattorneyservices@hotmail.com

## Legal Service Return

State of West Virginia, County Of _Kanawha_ to-wit:

This day personally appeared before me, the undersigned authority _Mary K McKnight_ a credible person over the age of 18 years, who, being first duly sworn deposes and says that he/she executed the within _Summons & Complaint 07 CIV 7997_ by delivering a true copy to: _Southern District of New York_

**Name** _Robert L Milam_
**Address** _110 Duncan Ct_
_Whitesville, WV 25209_

On the _15th_ day of _November_, 2007, at _4:35 PM_.

**Personally Served at:** _110 Duncan Ct, Whitesville WV 25209_

**Signature** _Mary K McKnight_

Taken, subscribes and sworn to me this _19_ day of _November_ 2007.

My commission expires _Nov 24, 2010_

_Janet Christman_
**Notary Public**

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JANET CHRISTMAN
SOUTH CHARLESTON PUBLIC LIBRARY
312 FOURTH AVE
SOUTH CHARLESTON, WV 25303
My Commission Expires Nov. 24, 2010