## Attorney Services, LLC

PO Box 8875
South Charleston, WV 25303

Phone: (304) 421-3090
Fax: (304) 744-9007  Email: wvattorneyservices@hotmail.com

### Legal Service Return

State of West Virginia, County Of __Kanawha__ to-wit:

This day personally appeared before me, the undersigned authority __Mary K McKnight__ a credible person over the age of 18 years, who, first being duly sworn deposes and says that he/she executed the within __Summons & Complaint 07CIV 7997 Southern District of New York__
by delivering a true copy to:

Name __North Beckley Motel Corp.__

Address __127 Ontario Drive__

__Mount Hope, West Virginia, 25880__

Served: __Robert L. Milam @ 110 Duncan Court, Whitesville WV__

on the __15th__ day of __November__ 2007, At: __4:35 Pm__

Signature __Mary K McKnight__

Taken, subscribes and sworn to me this __19__ day of __November__ 2007.

My commission expires __Nov 24, 2010__

__Janet Christman__
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JANET CHRISTMAN
SOUTH CHARLESTON PUBLIC LIBRARY
312 FOURTH AVE
SOUTH CHARLESTON, WV 25303
My Commission Expires Nov 24, 2010