TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

YOU WILL PLEASE ENTER the default of the defendant, North Beckley Motel Corp., a West Virginia Corporation for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

                         CONNELL FOLEY LLP
                         Attorneys for Plaintiff

             By: _____
                     Bryan P. Couch (BC7065)

Dated: January 25, 2008

1911018-01                  3

Bryan P. Couch (BC7065)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys For Plaintiffs, Ramada Worldwide, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMADA WORLDWIDE, INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTH BECKLEY MOTEL CORP., a West Virginia Corporation; ROBERT MILAM, an individual; and HAROLD MADISON, an individual,<br><br>Defendants. | Civil Action No.: 07cv7997 (LAP)<br><br>**CERTIFICATION OF BRYAN P. COUCH IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |

BRYAN P. COUCH, of full age, hereby certifies and states:

1. I am an attorney-at-law of the State of New York and an associate of the law firm of Connell Foley LLP, attorneys for plaintiffs, Ramada Worldwide, Inc., formerly known as Ramada Franchise Systems, Inc., a Delaware Corporation ("Plaintiff"), in the above-captioned matter. As such, I have personal knowledge of the facts contained herein.

2. I make this certification in support of Plaintiffs' application for the entry of default against defendant, North Beckley Motel Corp., a West Virginia Corporation, pursuant to Federal Rule of Civil Procedure 55(a).

3. The summons and a copy of the complaint in this action were served upon North

Beckley Motel Corp., a West Virginia Corporation, on November 15, 2007 at 110 Duncan Court, Whitesville, West Virginia 25209, as appears from the Return of Service filed with the Court. Robert Milam, an officer of the Corporation, accepted service on its behalf.

4. The time in which defendant, North Beckley Motel Corp., a West Virginia Corporation may answer or otherwise respond to the aforementioned Complaint has expired and has not been extended or enlarged by the Court, and defendant, North Beckley Motel Corp., a West Virginia Corporation, has not answered or otherwise moved.

5. Pursuant to Local Civil Rule 55.1, defendant, North Beckley Motel Corp., is a legal entity, and therefore, cannot be in the military service of the United States.

6. Accordingly, this request is being made for the entry of default against defendant, North Beckley Motel Corp., a West Virginia Corporation, in the above-captioned matter.

I certify under penalty of perjury that the foregoing is true and correct.

BRYAN P. COUCH (BC7065)

Executed on:  January 25, 2008
              Roseland, New Jersey