UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan P. Couch (BC7065)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Ramada Worldwide, Inc.

| | |
|---|---|
| RAMADA WORLDWIDE, INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTH BECKLEY MOTEL CORP., a West Virginia Corporation; ROBERT MILAM, an individual; and HAROLD MADISON, an individual,<br><br>Defendants. | Civil Action No. 07cv7997 (LAP)<br><br>**CLERK'S CERTIFICATION** |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 12, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant, North Beckley Motel Corp., a West Virginia Corporation by serving Robert Milam, an officer of the Corporation, at Robert Milam's dwelling home or usual place abode, and proof of such service thereof was filed on November 29, 2007.

I further certify that the docket entries indicate that the defendant, North Beckley Motel Corp., a West Virginia Corporation has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant, North Beckley Motel Corp., a West Virginia Corporation is hereby noted.

Dated: JAN 28, 2008   New York

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
    Deputy Clerk

1912773-01