```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Ramada Worldwide Inc.                :    07 Civ. 7997 (LAP)
                 Plaintiff,          :
                                     :
        -against-                    :    ORDER OF CONFERENCE
                                     :
North Beckley Motel Corp. et al.     :
                 Defendants.         :
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel and unrepresented parties are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 28, 2008 at 2:30 p.m. for a conference in the above action.

SO ORDERED

March 25, 2008

_____
LORETTA A. PRESKA, U.S.D.J.