**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RAMADA WORLDWIDE, INC., formerly known
as RAMADA FRANCHISE SYSTEMS, INC.,
                      Plaintiff,

               -against-

NORTH BECKLEY MOTEL CORP., ROBERT
MILAM, and HAROLD MADISON,
                      Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

07 CIVIL 7997 (LAP)

**DEFAULT JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on March 25, 2008, having rendered its Memo Endorsed Order directing the Clerk of the Court to enter default judgment of liability against North Beckley Motel Corp., and referring the matter to Magistrate Judge Debra Freeman for an inquest on damages, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated March 25, 2008, a default judgment of liability is entered against North Beckley Motel Corp., and the Court refers this matter to Magistrate Judge Debra Freeman for an inquest on damages.

**Dated:** New York, New York
       April 3, 2008

                                          **J. MICHAEL McMAHON**
                                             **Clerk of Court**
                             BY: _____
                                             **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____