UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Ramada Worldwide, Inc.

| | |
|---|---|
| RAMADA WORLDWIDE, INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTH BECKLEY MOTEL CORP., a West Virginia Corporation; ROBERT MILAM, an individual; and HAROLD MADISON, an individual,<br><br>Defendants. | Civil Action No. 07cv7997 (LAP)<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT, NORTH BECKLEY MOTEL CORP. ONLY WITHOUT PREJUDICE AND WITHOUT COSTS** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff, Ramada Worldwide, Inc., hereby dismisses its claims against defendant, North Beckley Motel Corp., a West Virginia Corporation, without prejudice and without costs.

CONNELL FOLEY LLP
Attorneys for Plaintiff, Ramada Worldwide, Inc.

BY: _____
MATTHEW W. BAUER

Dated: 4/17/08

1935204-01