PRESKA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Bryan P. Couch (BC7065)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Ramada Worldwide, Inc.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/25/08

| | |
|---|---|
| RAMADA WORLDWIDE, INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NORTH BECKLEY MOTEL CORP., a West Virginia Corporation; ROBERT MILAM, an individual; and HAROLD MADISON, an individual, <br><br> Defendants. | Civil Action No. 07cv7997 (LAP) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ROBERT MILAM AND HAROLD MADISON ONLY** |

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiff, Ramada Worldwide Inc., and Defendants, Robert Milam and Harold Madison only, it is hereby stipulated and agreed that the Complaint as to Defendants, Robert Milam and Harold Madison only, be and the same is hereby dismissed with prejudice and without costs as to any party.

**CONNELL FOLEY LLP**

By: _____
    **BRYAN P. COUCH, ESQ.**
    **Attorneys for Plaintiff,**
    **Ramada Worldwide, Inc.**

Dated: 4/18/08

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

April 25, 2008

06230/069335
1918087-01

**ROBERT MILAM**

Dated: 4 - 7 - 08

**HAROLD MADISON**

Dated: 4-7-08

**SO ORDERED:**

_____
U.S.D.J.

Dated: